# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00581-CR

**The State of Texas, Appellant**

**v.**

**Eric Dennis Torberson, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY,
NO. C-1-CR-11-218826,
THE HONORABLE ELISABETH ASHLEA EARLE, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

The State has filed a motion to dismiss this appeal of a pretrial suppression order.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed on Appellant's Motion

Filed:   October 9, 2013

Do Not Publish